UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FADI SABA,

        Plaintiff,

    v.

UNISYS CORPORATION,

        Defendant.

Case No. 14-cv-01310-WHO (DMR)

**ORDER ON JOINT DISCOVERY LETTERS**

    Since March 9, 2015, the parties have filed five joint discovery letter briefs, (Docket Nos. 56, 59-61, 63), four of which are set for hearing on April 16, 2015 (Docket Nos. 56, 59-61). The court has briefly reviewed the letters, and noticed similarities in Docket Nos. 56, 61, and 63, which concern some overlapping issues. In Docket No. 56, Plaintiff made sweeping requests for information and takes positions best described as overreaching, while Defendant claims the information sought is irrelevant, while in Docket Nos. 61 and 63, Defendant's positions are overreaching while Plaintiff contends the requested information is irrelevant.

    The court expects the parties to engage in serious, good faith meet and confer discussions in order to reach compromises consistent with applicable law, rather than stake out extreme positions in the hopes of persuading the court to adopt a position closer to their own. The court will not hold a hearing on these three letters unless and until the parties have adequately met and conferred about the issues raised in them and accordingly vacates the April 16, 2015 hearing as to those letters only.[1] The court orders the parties **to meet and confer in person** by no later than **April 3, 2015**. Should any disputes remain after meeting and conferring, the parties may file a single joint letter that does not exceed eight pages addressing all remaining disputes raised in the

---

[1] This order does not affect the hearing set on April 16, 2015 as to Docket Nos. 59 and 60.

1  three letters by no later than **April 10, 2015**.  If necessary, the court will set a hearing on any

2  remaining disputes after reviewing the letter.

3  Any production by third-party Aetna in response to Defendant's subpoena is hereby

4  suspended until the court rules on any issues remaining from Docket No. 63.  Upon receipt of this

5  order Defendant shall immediately serve Aetna with a copy of this order and file a proof of

6  service.

8  **IT IS SO ORDERED.**

9  Dated: March 24, 2015



_____
Donna M. Ryu
United States Magistrate Judge