UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI SABA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNISYS CORPORATION,<br><br>    Defendant. | Case No. 14-cv-01310-WHO   (DMR)<br><br>**ORDER DENYING WITHOUT PREJUDICE SUPPLEMENTAL DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 67 |

  The parties filed several joint discovery letters in which they each appeared to take extreme and unjustified positions. [Docket Nos. 56, 61, and 63.] For this reason, the court ordered the parties to engage in further meet and confer sessions to resolve, or at least narrow their disputes. The parties were ordered to file a single supplemental discovery letter brief on remaining disputes by April 10, 2015. [Docket No. 64.] The parties' supplemental discovery letter brief states that they were unable to reach any agreements. They attempt to revive the disputes by incorporating the arguments from the original joint discovery letter briefs. [Docket No. 67.] This is improper. Joint discovery letters 56, 61, and 63 are no longer pending, and the court will not review them or consider the parties' arguments in those letters.

  The court now orders lead counsel for the parties to appear at the discovery hearing scheduled for April 16, 2015. Following the hearing, lead counsel shall meet and confer in the courthouse regarding the outstanding discovery disputes, and shall be prepared to devote the entire day, if necessary, to resolving them. Any remaining disputes shall be presented to the court in the form of a single, standalone joint letter that does not incorporate any previous arguments and does not exceed eight pages. Any such letter shall be filed by no later than April 21, 2015. Any party that takes a position that is not substantially justified will be subject to Rule 37 sanctions.

1    **IT IS SO ORDERED.**

2    Dated: April 13, 2015



_____
Donna M. Ryu
United States Magistrate Judge