CHARLES J. WISCH, SBN 68050
LAW OFFICES OF CHARLES J. WISCH
425 California Street, 17th Floor
San Francisco, California 94104
Tel (415) 788-1945
Fax (415) 788-1948
cjwisch@wischlaw.com

Attorneys for Plaintiff Fadi Saba

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
emeckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendant Unisys Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FADI SABA, | Case No. 3:14-cv-01310-WHO |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR SETTLEMENT CONFERENCE** |
| vs. | |
| UNISYS CORPORATION, | |
| Defendant. | |

Plaintiff Fadi Saba ("Saba") and Defendant Unisys Corporation ("Unisys"), by and through their respective counsel, stipulate as follows:

**RECITALS**

1.      This case was referred to Magistrate Judge Kandis A. Westmore for settlement purposes.

2.      On February 20, 2015, Judge Westmore issued an order with notice of a settlement conference for May 18, 2015.  In the notice, Judge Westmore provided that the parties could continue the settlement conference date, subject to Judge Westmore's availability.

1    3.   The last date for the parties to file dispositive motions is May 20, 2015, and for those motions to be heard is June 24, 2015.  Trial is not scheduled to commence until November 16, 2015.  It would facilitate any potential settlement process to have the benefit of the Court's ruling on the anticipated summary judgment motions.  Accordingly, the parties agree that continuing the settlement conference would be in the interest of the parties and the court.

## STIPULATION

Based upon the foregoing, the parties stipulate that, subject to the Court's approval, the settlement conference scheduled for May 18, 2015, is continued to Friday, September 11, 2015, at 11:00 a.m.  The parties will comply with Judge Westmore's Settlement Conference Standing Order, and the deadlines set forth in that order shall be based upon the new settlement conference date.

Dated: May 6, 2015                            MORGAN, LEWIS & BOCKIUS LLP
                                              Eric Meckley


                                              By /s/   Eric Meckley
                                                       Eric Meckley
                                              Attorneys for Defendant Unisys
                                              Corporation

Dated: May 6, 2015                            LAW OFFICES OF CHARLES J. WISCH


                                              By /s/       Charles Wisch
                                                           Charles Wisch
                                              Attorneys for Plaintiff Fadi Saba

**ORDER**

PURSUANT TO STIPULATION, and for good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for May 18, 2015, is continued to September 11, 2015, at 11:00 a.m. The parties will comply with Judge Westmore's Settlement Conference Standing Order, and the deadlines set forth in that order shall be based upon the new settlement conference date.

Dated: May 13, 2015

_Kandis Westmore_
United States Magistrate Judge