UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI SABA,<br><br>        Plaintiff,<br><br>    v.<br><br>UNISYS CORPORATION,<br><br>        Defendant. | Case No. 14-cv-01310-WHO<br><br>**ORDER DENYING RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 91 |

Plaintiff Fadi Saba moves for relief from a nondispositive pretrial order of Magistrate Judge Donna M. Ryu, which required him to respond to interrogatories by disclosing information contained in privileged tax filings. Dkt. No. 91.

I have recognized the settled principle that "[t]he tax privilege is not absolute, and it is waived or inapplicable in situations where: (1) there is an intentional relinquishment, (2) the gravamen of the lawsuit is so inconsistent with the continued assertion of the taxpayer's privilege as to compel the conclusion that the privilege has in fact been waived, or (3) a public policy greater than that of confidentiality of tax returns is involved." *Bowerman v. Field Asset Servs., Inc.*, No. 13-CV-00057-WHO, 2013 WL 6057043, at *1 (N.D. Cal. Nov. 14, 2013) (internal quotations omitted).

As discussed in today's Order on Unisys's Motion to Seal, this information is relevant because it demonstrates that Saba may have worked for other, potentially competing, employers while he worked at Unisys. In its joint discovery brief, Unisys also pointed to the documents' bearing on Saba's damage claims, which "rest on his ability to show financial losses proximately caused by Unisys." Dkt. No. 91, Ex. 2 at 2. It also pointed to "the question of his operation of another business during his employment." *Id.*

I find that the amounts earned by Saba from these other sources will ultimately be relevant

1  to both damages and to Saba's affirmative defenses.  Given the subject matter of this lawsuit and
2  the materiality of the information, Saba waived his privilege in the amounts that he earned from
3  other sources.  Accordingly, Saba's motion for relief from Judge Ryu's order is DENIED.
4  **IT IS SO ORDERED**.
5  Dated: June 23, 2015



WILLIAM H. ORRICK
United States District Judge